UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALEX LOPEZ, et al.,

　　　　　　　Plaintiffs,

　　　v.

ONEWEST BANK, FSB, et al.,

　　　　　　　Defendants.

Case No.  15-cv-00759-BLF

**ORDER TERMINATING MOTION AS MOOT**

[Re: ECF 22]

　　　　On April 9, 2015, Plaintiffs filed a First Amended Complaint.  ECF 24.  All defendants have since answered the First Amended Complaint, including defendants Ocwen Loan Servicing, LLC and OneWest Bank, FSB.  ECF 27, 28.  The Motion to Dismiss filed by defendants Ocwen Loan Servicing, LLC and OneWest Bank, FSB on April 3, 2015 at ECF 22 prior to the filing of the First Amended Complaint is accordingly TERMINATED as moot.

　　　　**IT IS SO ORDERED.**

Dated: April 28, 2015

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California