UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LOPEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, FSB, et al.,<br><br>Defendants. | Case No. 15-cv-00759-BLF (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 20, 2015<br>Mediator: Gregory Walker |

IT IS HEREBY ORDERED that the request to excuse defendant Equifax Information Services LLC's corporate representative from appearing in person at the July 20, 2015, mediation before Gregory Walker is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: June 24, 2015

Maria-Elena James
United States Magistrate Judge