Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Ste. C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Attorney for Plaintiffs:
Alex and Maria Lopez

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LOPEZ AND MARIA MENDOZA LOPEZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>CIT BANK, N.A., f.k.a. ONEWEST BANK, N.A. OCWEN LOAN SERVICING, LLC.,<br>EQUIFAX INFORMATION SERVICES, LLC.,<br>and DOES 1 - 10.<br><br>           Defendants. | Case No. 15-cv-00759 BLF<br><br>**AMENDED NOTICE OF STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC. and [PROPOSED] ORDER** |

    WHEREAS, EQUIFAX INFORMATION SERVICES, LLC., and Plaintiffs Alex and Maria Lopez have entered into a settlement agreement to resolve claims alleged against Equifax Information Services, LLC.,

    WHEREAS said settlement agreement requires that Equifax Information Services, LLC., be dismissed with prejudice,

    THEREFORE, the Plaintiffs and Equifax Information Services, LLC., through their attorneys of record, STIPULATE AND AGREE, that Equifax Information Services, LLC., be dismissed with prejudice.

//

1

*AMENDED STIPULATION AND PROPOSED ORDER*

SO STIPULATED:

Dated: January 6, 2016                                    /s/ Balam O. Letona, Esq.

                                                         Balam O. Letona, Esq.
                                                         Attorney for Plaintiff

Dated: January 6, 2016                                    /s/ Thomas P. Quinn, Esq.
                                                         Thomas P. Quinn, Esq.
                                                         Attorney for Defendant
                                                         Equifax Information Services, LLC.

## ~~[PROPOSED]~~ ORDER

The Court adopts the stipulation of the parties. Accordingly, Equifax Information Services, LLC., is dismissed from this matter with prejudice.

IT IS SO ORDERED.

Fcvgf<Lcpwct{":."4238

_____
HON. BETH LABSON FREEMAN
United States District Judge

2

*AMENDED STIPULATION AND PROPOSED ORDER*