1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  AUSTIN B. KENNEY (State Bar No. 242277)
   abk@severson.com
3  ELENA K. KOUVABINA (State Bar No. 235918)
   ekk@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendants
8  OCWEN LOAN SERVICING, LLC and
   ONEWEST BANK N.A., now known as
9  CIT BANK, N.A., sued herein as ONEWEST
   BANK FSB
10

11                    UNITED STATES DISTRICT COURT

12         NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

13

14  ALEX LOPEZ and MARIA MIREYA       Case No. 5:15-CV-00759-BLF
    MENDOZA LOPEZ,
15                                    **NOTICE OF WITHDRAWAL OF
                Plaintiffs,           COUNSEL ELENA K. KOUVABINA AND
16                                    [PROPOSED] ORDER PERMITTING
         vs.                          WITHDRAWAL**
17
    ONEWEST BANK FSB, OCWEN LOAN
18  SERVICING LLC, EQUIFAX            Action Filed:    February 18, 2015
    INFORMATION SERVICES LLC, and
19  DOES 1-10,

20              Defendants.

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 11-5, the undersigned, Elena Konstantinovna Kouvabina, withdraws as counsel for OCWEN LOAN SERVICING, LLC and ONEWEST BANK N.A., now known as CIT BANK, N.A., sued herein as ONEWEST BANK FSB (collectively, "Defendants") in the above-captioned matter due to leaving employment with Severson & Werson, P.C.

Severson & Werson will continue to represent the Defendants. Mary Kate Sullivan (State Bar No. 180203) and Austin B. Kenney (State Bar No. 242277), both of Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111, will appear as counsel of record for Defendants going forward. The filing of this form constitutes the first appearance in this case of these attorneys.

All pleadings and correspondence should be directed to Mr. Kenney, as the lead handling attorney for Severson & Werson on behalf of Defendants.

Notice to Defendants has been provided.

DATED: April 3, 2016                    SEVERSON & WERSON
                                        A Professional Corporation


                                        By:   /s/ Elena K. Kouvabina
                                              Elena K. Kouvabina

                                        Attorneys for Defendants OCWEN LOAN
                                        SERVICING, LLC and ONEWEST BANK, N.A., now
                                        known as CIT BANK, N.A.

1 | DATED: April 3, 2016

SEVERSON & WERSON
A Professional Corporation

By: /s/ Austin B. Kenney
 Austin B. Kenney

Attorneys for Defendants OCWEN LOAN SERVICING, LLC and ONEWEST BANK, N.A., now known as CIT BANK, N.A.

**SO ORDERED.**

DATED: April 4, 2016

*/s/ Beth Labson Freeman*
HON. BETH LABSON FREEMAN