UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEX LOPEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CIT BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00759-BLF<br><br>**ORDER RE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**<br><br>[Re: ECF 71] |

Plaintiffs are requested to provide the Court with a summary of hours expended on the major tasks necessary to prosecute this action as set forth on the chart below.  The Court expects that the total number of hours will equal the hours set forth in the Motion for Attorney Fees, and as revised in the time sheets submitted as Exhibit 5 to ECF No. 84 in support of the Motion.  The information requested will provide the Court with a clear understanding of the *Lodestar* amount requested by Plaintiffs and assist the Court in assessing the reasonableness of the hours expended.

| Task | Hours |
|---|---|
| Pre-Suit Investigation | |
| Drafting Initial Complaint | |
| Motion to Dismiss | |
| Drafting Amended Complaints | |
| Discovery, including motions | |
| Case Management Conferences and Filings | |
| ADR and Settlement Discussions and Briefs | |

| Miscellaneous (describe) | |
|---|---|
| Total | |

**IT IS SO ORDERED.**

Dated:  April 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge